IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT WALTER BONNER, 0327593, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-CV-2556-N |
| ) | |
| SHERIFF BOB ALFORD, ) | |
| Defendant. ) | |

## ORDER

After conducting a *de novo* review, the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS SO ORDERED.

Signed this 27th day of July, 2011.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE