IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT WALTER BONNER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:10-CV-2556-N (BF) |
| | § | |
| SHERIFF BOB ALFORD and | § | |
| TONY RAY, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated December 16, 2013, including de novo review of those portions to which objection was made, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

Defendants' Motion for Judgment on the Pleadings and, in the alternative, Motion for Summary Judgment (Doc. 58) is GRANTED. This case is DISMISSED with prejudice.

**SO ORDERED January 27**, 2014.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE